# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:98-cr-239-Orl-22DAB

**JOSE ADORNO**

---

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 82), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on August 11, 2008.

After an independent *de novo* review of the record in this matter, and noting that Defendant filed a Notice of No Objection and a Request for Early Hearing (Doc. No. 83), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered August 12, 2008 (Doc. No. 82) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **FRIDAY, August 22, 2008, at 2:15 P.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 20, 2008.

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Jose Adorno

ANNE C. CONWAY
United States District Judge

-2-